123 P.3d 208

# SUPREME COURT OF HAWAI'I

**November 29, 2005**

| 24605 | Estate of Roxas v. Marcos | Affirmed |

**December 2, 2005**

| 26826 | Association of Apartment Owners of Ahuimanu Gardens v. Flint | Affirmed |

**December 6, 2005**

| 24632 | Jacobs v. Lenox Healthcare of Kailua-Kona, L.P. | Affirmed |

**December 7, 2005**

| 26874 | State v. Rodrigues | Affirmed |